**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00285-CV**
_____

**HAZEL WHEATEN DABNEY, Appellant**

**V.**

**MICHAEL DABNEY, Appellee**

_____

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-226,537-A**
_____

**MEMORANDUM OPINION**

On August 16, 2022, Hazel Wheaten Dabney filed a notice of appeal complaining of an order on a motion to withdraw as counsel.[1] We notified the parties that it appears the order being appealed is neither a final judgment nor an appealable order. We requested a response be filed by September 19, 2022, and warned that the appeal would be dismissed without further notice unless we received a written reply

_____
[1]The style of the case filed in the trial court is *Michael Dabney v. Hazel Dabney* but it appears the appellant spells her given name "Hazle."

1

that established our jurisdiction over the appeal. The appellant has failed to comply with the notice from the clerk requiring action within a specified time. *See* Tex. R. App. P. 42.3(c). Accordingly, the appeal is dismissed. *Id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 12, 2022
Opinion Delivered October 13, 2022

Before Golemon, C.J., Kreger and Johnson, JJ.